1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CITY OF ILWACO,
 a Washington Municipal Corporation,

                        Plaintiff,

         vs

AFFILIATED FM INSURANCE COMPANY,
 a Rhode Island Corporation,

                        Defendant.

CV09-5304FDB

MINUTE ORDER

NOW, on this 1st day of September, 2009, the Court directs the Clerk to enter the following Minute Order:

Pursuant to the Stipulation filed 8/28/2009, Defendant Affiliated FM Insurance Company may amend its Answer to the City of Ilwaco's Complaint for Breach of Contract, Washington Consumer Protection Act Claim in the form as attached in the Stipulation [Dkt. # 12].

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                                    .

                                        **/s/ Pat LeFrois**
                                        Pat LeFrois
                                        Courtroom Deputy